```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    GLORIA GIANNINI
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,     ) NO. CR-S-07-0018 EJG
                                  )
13              Plaintiff,        )
                                  ) STIPULATION AND ORDER CONTINUING
14       v.                       ) STATUS CONFERENCE
                                  )
15  GLORIA GIANNINI,              )
                                  ) DATE: April 13, 2007
16              Defendant.        ) TIME: 10:00 a.m.
                                  ) JUDGE: Edward J. Garcia
17  _____ )

18
```

19      It is hereby stipulated and agreed to between the United States of
20 America through R. Steven Lapham, Assistant United States Attorney and
21 defendant, GLORIA GIANNINI, by and through her counsel, Matthew C.
22 Bockmon, Assistant Federal Defender, that the status conference
23 presently scheduled for hearing on March 23, 2007, be vacated and
24 rescheduled for status conference on April 13, 2007, at
25 10:00 a.m.
26      This continuance is being requested because the defendant is in
27 the process of possibly obtaining retained counsel and needs additional
28 time to seek such counsel.

1    IT IS FURTHER STIPULATED that the period March 23, 2007, through
2 and including April 13, 2007, be excluded in computing the time within
3 which trial must commence under the Speedy Trial Act, pursuant to
4 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 to give the defendant
5 reasonable time to obtain counsel.

Dated: March 21, 2007

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Matthew C. Bockmon
                                       _____
                                       MATTHEW C. BOCKMON
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       GLORIA GIANNINI

Dated:  March 21, 2007

                                       MCGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ R. Steven Lapham
                                       _____
                                       R. STEVEN LAPHAM
                                       Assistant U.S. Attorney
                                       per telephonic authority

## **O R D E R**

IT IS SO ORDERED.

Dated:  March 21, 2007

                         /s/ Edward J. Garcia
                         EDWARD J. GARCIA, JUDGE