DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GLORIA GIANNINI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-0018 EJG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING |
| v. | STATUS CONFERENCE |
| GLORIA GIANNINI, | DATE: April 27, 2007 |
| Defendant. | TIME: 10:00 a.m. |
| | JUDGE: Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through R. Steven Lapham, Assistant United States Attorney and defendant, GLORIA GIANNINI, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for hearing on April 13, 2007, be vacated and rescheduled for status conference on April 27, 2007, at 10:00 a.m.

This continuance is being requested because the defendant is in the process of obtaining retained counsel and needs additional time to retain such counsel.

1    IT IS FURTHER STIPULATED that the period April 13, 2007, through
2 and including April 27, 2007, be excluded in computing the time within
3 which trial must commence under the Speedy Trial Act, pursuant to
4 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 to give the defendant
5 reasonable time to obtain counsel.
6 Dated: April 11, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
GLORIA GIANNINI

Dated:  April 11, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ R. Steven Lapham
_____
R. STEVEN LAPHAM
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  April 11, 2007

/s/ Edward J. Garcia
_____
EDWARD J. GARCIA
United States District Judge

Stipulation & Order                              2