```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorneys
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-07-018 EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| GLORIA GIANNINI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the parties, through their respective undersigned counsel that, subject to the approval of the court, the Status Conference currently set for September 7, 2007, at 10:00 a.m. may be continued to November 2, 2007 at 10:00 a.m.

IT IS FURTHER STIPULATED that, based on the volume of discovery produced by the government and defense counsels investigation of the case, time should be excluded under the Speedy Trial Act from

////
////
////
////
////

1

September 7 through November 2, 2007, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (local code T-4).

DATED: September 6, 2007

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                 By: s/R. Steven Lapham
                                    R. STEVEN LAPHAM
                                    Assistant U.S. Attorney

DATED: September 6, 2007          s/R. Steven Lapham for
                                    JOSEPH WISEMAN
                                    Counsel for Gloria Giannini
                                    (Telephonic authorization)

## O R D E R

IT IS SO ORDERED.

September 6, 2007

                                    /s/ Edward J. Garcia
                                    HON. EDWARD J. GARCIA
                                    Senior U.S. District Judge