IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES,

                    Plaintiff,

        v.                                CIV S-07-1153 GEB/DAD

2003 PONTIAC GRAND PRIX, VIN:
1G2WR52163F114111, CALIFORNIA
LICENSE 4ZLC890
                    Defendant.
_____

Claimant:   GLORIA GIANNINI
_____

UNITED STATES

                    Plaintiff

        v.                                CR S-07-018 EJG

GLORIA  GIANNINI_____          RELATED CASE ORDER

                    Defendant.
_____

        Examination of the above-entitled actions reveals that

these actions are related within the meaning of Local Rule 83-123

(E.D. Cal. 1984).  The actions involve the same parties, and are

based on the same or similar claims, the same property, transaction

or event, similar questions of fact and the same question of law. Accordingly, the assignment of the matters to the same judge judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CIV. NO. S-07-1153 be, and the same hereby is, reassigned to Judge EDWARD J. GARCIA and Magistrate Judge Dale A. Drozd for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as CIV S-07-1153 EJG/DAD.

IT IS SO ORDERED.

DATED: October 3, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT