KRISTA HART
Attorney at Law
State Bar #199650
PO Box 188794
Sacramento, California  95818
Telephone: (916) 498-8398

Attorney for Defendant
Gloria Giannini

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 07-018 EJG |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND PROPOSED ORDER RESETTING MOTION HEARING |
| GLORIA GIANNINI, | ) | |
| Defendant. | ) | The Hon. Edward J. Garcia |

Ms Giannini, by and through counsel Krista Hart, and the government, by and through counsel Assistant U.S. Attorney Steve Lapham, stipulate and agree that the hearing date currently set for March 19, 2010, be vacated and reset to April 23, 2010, at 10:00 a.m.

On March 5, 2010, the defendant filed a motion to dismiss the indictment with the hearing set for March 19, 2010.  The parties have discussed the matter and would like to put the case over to April 23rd for a couple reasons.  First, the government would like more time to respond.  Second, the parties are trying to work out discovery issues and trying to determine who, if anyone, would be necessary should an evidentiary hearing be necessary.  The additional time will allow the parties to settle some issues prior to a hearing on the motion.  For these reasons, the parties request the Court vacate the hearing currently set for March 19, 2010, and reset it to April 23, 2010, at 10:00 a.m.

DATED: March 17, 2010

          /s/ *Krista Hart*
Attorney for Defendant
Gloria Giannini

DATED: March 17, 2010

BENJAMIN WAGNER
United States Attorney

          /s/ *Steve Lapham*
Assistant U.S. Attorney

## **ORDER**

**Good cause appearing**, the hearing set for March 19, 2010, is vacated and the matter is reset to April 23, 2010, 10:00 a.m. for a hearing on the motion to dismiss.

DATED:   March 17, 2010

          /s/ Edward J. Garcia
The Honorable Edward J. Garcia
United States District Court Judge